IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED
AUG 05 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | No. 1:25CR110SNLJ-ACL |
| LOUIS F. HICKS, | ) ) | Title 21 U.S.C. § 841(a)(1); 841(b)(1)(C). |
| Defendant. | ) ) ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about December 4, 2024, in Stoddard County, within the Southeastern Division of the Eastern District of Missouri, **LOUIS F. HICKS**, the defendant herein, did knowingly distribute Fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and punishable under Section 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

THOMAS C. ALBUS
UNITED STATES ATTORNEY

_____
JULIE A. HUNTER, 51612MO
ASSISTANT UNITED STATES ATTORNEY