UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:25 CR 110 SNLJ (ACL) |
| | ) |
| LOUIS HICKS, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DETENTION PENDING TRIAL

On September 22, 2025, Assistant U.S. Attorney Jack Koester appeared on behalf of the United States and the Defendant, Louis Hicks, also appeared in person with his attorney, Assistant Federal Public Defender Amanda Altman, for an arraignment and detention hearing. The Defendant waived arraignment and entered a plea of not guilty to the Indictment.

After affording the Defendant an opportunity for a detention hearing under the Bail Reform Act, 18 U.S.C. §3142(f), the Defendant waived his right to a detention hearing and consented to pretrial detention.

The Court finds that the Defendant's waiver of his right to a detention hearing establishes by clear and convincing evidence that there is no condition or combination of conditions that will reasonably assure the Defendant's appearance at future proceedings and the safety of any other person and the community.

**IT IS THEREFORE ORDERED** that pursuant to Defendant's voluntary consent to detention, after consultation with his attorney, the Defendant be detained pending trial on the federal charges pending against him.

**IT IS FURTHER ORDERED** that the Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal.  The Defendant must be afforded a reasonable opportunity to consult privately with defense counsel.  On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for the purpose of appearances in Court in connection with future proceedings scheduled in this case.

*/s/ Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of September, 2025.