UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Case No. 1:25CR00110 SNLJ ACL |
| v. | ) |
| LOUIS F. HICKS, | ) |
| Defendant. | ) |

**NOTICE OF INTENT TO WAIVE PRETRIAL MOTIONS**

Comes now Defendant Louis F. Hicks, through his attorney Amanda Altman, Assistant Federal Public Defender, having been fully advised of his right to file pre-trial motions and to have an evidentiary hearing thereon hereby states that there are no issues that he wishes to raise by way of pre-trial motions in this cause.  Counsel has personally discussed this matter with the Defendant and the Defendant agrees and concurs in the decision not to raise any issues by way of pre-trial motions.

Respectfully submitted,

/s/Amanda Altman
AMANDA ALTMAN   59291 MO
Assistant Federal Public Defender
325 Broadway
Cape Girardeau, Missouri 63701
Telephone 573-339-0242
FAX: 573-339-0305
E-Mail: amanda_altman@fd.org

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      I hereby certify that on 10/2/2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Attorney.

                              <u>/s/ Amanda Altman</u>
                              AMANDA ALTMAN   59291 MO