UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:25 CR 110 SNLJ (ACL) |
| LOUIS F. HICKS, | ) ) ) |
| Defendant. | ) |

**ORDER REGARDING WAIVER OF MOTIONS AND**
**TRANSFER OF CASE FOR FURTHER DISPOSITION**

This matter is before the Court for pretrial proceedings. The Defendant, after being advised at the arraignment of the right to file pretrial motions and to have an evidentiary hearing, filed a pleading with the Court indicating that the Defendant does not wish to raise any issues by way of pretrial motions. As such, the case is ready for further disposition.

Accordingly,

**IT IS HEREBY ORDERED** that the case be transferred for all further proceedings to United States District Judge Stephen N. Limbaugh, Jr.

Dated this 6th day of October, 2025.

*/s/ Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE