UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

FILED
FEB 19 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

UNITED STATES OF AMERICA,            )
                                     )
        Plaintiff,                   )
                                     )
vs.                                  )    Case No. 1:25CR00110 SNLJ
                                     )
Lorus Hicks,                         )
                                     )
        Defendant.                   )

### NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)

Comes now counsel for the above-named defendant and, pursuant to Local Rule 12.07, notifies the Court as follows:

☐   A Notice of Appeal will be filed by defense counsel within the time allowed by law.

☐   Defense counsel has explained to defendant his/her right to appeal, defendant has not requested that counsel file a Notice of Appeal, and defendant declines to sign this notice.

☒   Defense counsel has explained to defendant his/her right to appeal, defendant does not wish to file a Notice of Appeal, and defendant has signed below to so indicate.

(**Note**: **Defense counsel must check the appropriate box that applies above.**)

2/19/26
Date                                      Signature of Attorney

2/19/26
Date                                      Signature of Defendant